NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3307

MYRON L. SIPE,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF1221060279-W-3.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Upon consideration of Myron L. Sipe's unopposed motion for a 30-day extension of time, until June 12, 2009, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK

cc: Myrrel Hendricks, Jr., Esq.
    Elizabeth M. Hosford, Esq.

s8